**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| **FLOW MOTION RESEARCH AND DEVELOPMENT LTD,**<br><br>**Plaintiff,**<br>**vs.**<br><br>**TONAL SYSTEMS, INC.,**<br><br>**Defendant.** | **Civil Action No. 2:26-cv-889**<br><br>**Jury Trial Demanded** |

## COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff Flow Motion Research and Development Ltd. ("Flow Motion") brings this action against Defendant Tonal Systems, Inc. ("Tonal" or "Defendant") for infringement of Flow Motion's United States Patent Nos. 9,987,520 ("the '520 Patent"), 11,745,055 ("the '055 Patent") and 12,157,035 ("the '035 Patent") (collectively, the "Asserted Patents"), and hereby alleges as follows:

## NATURE OF THE ACTION

1. This is an action for patent infringement. These claims arise under the patent laws of the United States, 35 U.S.C. §§ 1, *et seq*., as a result of Defendant's infringement of the Asserted Patents.

2. Flow Motion owns the entire right, title, and interest in and to each of the Asserted Patents, and possesses all rights to sue for infringement of the Asserted Patents and recover past damages and/or royalties prior to the expiration of the Asserted Patents.

3. Without authorization from Flow Motion, Defendant makes, uses, sells, offers for sale, and/or imports into the United States equipment and systems for monitoring performance of exercise routines, and practices methods for monitoring performance of exercise routines,

including the Tonal digital strength training system, Tonal 1, and the later versions of the Tonal system, including Tonal 2, and one or more remote computing systems operated and/or controlled by Tonal (the "Accused Products").

**PARTIES**

4. Flow Motion is a foreign entity organized under the laws of Israel with an address of 1 Kadesh Street, ZiKron Ya'acov Israel 3090600.

5. Flow Motion's technologies monitor and provide feedback to users performing exercises on exercise equipment using sensors, including motion and position sensors, and using the appearance of the exercise device and using skeletal models generated from information captured by the sensors.

6. Flow Motion's innovative technology was conceived by Mr. Arik Shavit in 2010 while attending Pilates classes taught by his then-wife Idit.

7. Based on his observations of her class instruction, Mr. Shavit recognized the need for individuals performing exercise routines on exercise devices to receive real-time feedback regarding their physical form to perform the routines correctly and reduce the risk of injury. He further observed the difficulty his wife faced in determining, for each segment of a class, the appropriate resistance level for each trainee, as well as the challenge of mentally tracking each participant's performance and progress and recalling that information for subsequent classes. Drawing on his background as a multidisciplinary engineer, Mr. Shavit sought to address these challenges by improving the methods and systems for providing accurate, real-time feedback during exercise routines, and in doing so conceived the solutions embodied in the Flow Motion inventions.

8. On information and belief, Defendant Tonal is a corporation organized and existing under the laws of the State of Delaware, with its principal place of business at 617 Bryant Street, San Francisco, CA 94107.

9. Tonal manufactures, markets, and sells connected fitness equipment, including a wall-mounted digital strength training system that uses electromagnetic resistance technology, integrated sensors, and software to deliver personalized workouts. Tonal's system incorporates multiple sensors, including cable-based sensors and motion-detection components, to track user movement, form, range of motion, and performance metrics in real time, and uses that data to provide feedback and adjust resistance dynamically. Through its integrated hardware and subscription-based software platform, Tonal provides guided workout content, performance tracking, and personalized training programs to consumers throughout the United States, including within this District.

10. Tonal distributes its products and services throughout the United States, including within this District, through Johnson Fitness & Wellness retail showrooms featuring the Accused products, online sales, subscriptions, and related support services.

11. At all relevant times, Tonal has conducted substantial business operations in Texas, including in Johnson Fitness & Wellness showrooms featuring the Accused Products and staffed by employees trained by Tonal, and Tonal has purposefully availed itself of the privileges of conducting business in this District.

**JURISDICTION AND VENUE**

12. This Court has subject matter jurisdiction over this action for patent infringement pursuant to 28 U.S.C. §§ 1331 and 1338(a).

13. This Court has personal jurisdiction over Tonal because Tonal has committed acts of patent infringement in Texas, regularly transacts business in Texas, derives substantial revenue

from the sale of the Accused Products and related subscription services provided to customers in Texas, and has purposefully directed its business activities toward this District.

14. Venue is proper in this District under 28 U.S.C. § 1400(b) because Tonal has committed acts of infringement in this District and, as alleged below and on information and belief, maintains one or more regular and established places of business within this District at physical locations from which Tonal regularly conducts, through personnel acting on its behalf, the demonstration, marketing, customer education, and facilitation of sales of the Accused Products.

15. Tonal publicly identifies two physical locations within this District as "Tonal Showroom[s]": Johnson Fitness & Wellness located at 4801 W. Park Blvd., Plano, Texas 75093, and Johnson Fitness & Wellness located at 2809 Preston Road, Suite 1212C, Frisco, Texas 75034.[1] Through its official website, Tonal directs prospective customers to those locations, publishes recurring showroom hours, offers free 30-minute in-person demonstrations, and provides an online scheduling interface through which prospective customers may book Tonal demonstrations at each location.

[1] *See* https://tonal.com/pages/try-tonal#showroom-map, last accessed October 4, 2026.




16. The Plano and Frisco locations are not temporary promotional sites. Tonal and Johnson Fitness & Wellness publicly describe their relationship as a strategic, nationwide retail partnership through which Tonal systems are placed on the showroom floors of Johnson Fitness & Wellness stores and made available for customers to experience before purchase.[2] Johnson Fitness & Wellness further represents that the program pairs Tonal with Johnson's trained in-store personnel and hands-on demonstration process to provide a Tonal-specific "try before you buy" experience.[3] Upon information and belief, Tonal systems are maintained and made available for

[2] https://insider.fitt.co/press-release/johnson-fitness-wellness-announces-partnership-with-tonal-all-in-one-home-gym-system/.

[3] https://www.johnsonfitness.com/blog/company-new-announcements/johnson-fitness-wellness-announces-partnership-with-tonal-all-in-one-home-gym-system.

demonstrations at the Plano and Frisco locations on a continuing basis as part of Tonal's regular retail-distribution and customer-acquisition program.

17. On information and belief, Johnson Fitness & Wellness personnel are regularly physically present at the Plano and Frisco locations during their posted showroom hours and regularly conduct Tonal-specific business activities there, including demonstrating the Accused Products, explaining Tonal's features and required subscription services, discussing prospective customers' fitness goals, and facilitating sales of Tonal systems. Tonal's own website identifies the person conducting each demonstration as a "Tonal expert" and prescribes a Tonal-specific demonstration experience that includes discussing the customer's fitness goals, conducting a strength assessment, demonstrating Smart Strength and post-workout insights, explaining Tonal programs and classes, and discussing delivery, setup, and financing.[4] Upon information and belief, Tonal trains the Johnson Fitness & Wellness personnel regarding the operation and demonstration of Tonal systems, and Johnson Fitness & Wellness personnel perform these Tonal-specific functions on Tonal's behalf as part of Tonal's regular process for marketing and facilitating sales of the Accused Products. Upon information and belief, these Johnson Fitness & Wellness employees act as agents of Tonal in their work with Tonal products.

18. Tonal has publicly described its operating model for partner-operated retail locations as including a Tonal field leader who serves as the primary Tonal contact for partner-store managers; conducts onboarding, continuing training, operational reviews, and recurring store visits; monitors and enforces compliance with Tonal policies, procedures, retail standards, and customer-engagement standards; verifies product functionality and merchandising; and identifies and implements corrective actions when a partner location does not satisfy Tonal's requirements.[5] Upon information and belief, Tonal applies this or a substantially similar partner-retail operating model to its relationship with Johnson Fitness & Wellness, including the Plano and Frisco locations, and retains ongoing authority to provide directions and require corrective action

---

[4] https://tonal.com/pages/try-tonal.

[5] https://jobs.cobalt.la/companies/tonal/jobs/56832500-retail-partnership-lead.

concerning the Tonal-specific demonstrations, product presentation, merchandising, and customer engagement performed at those locations.

19. Tonal presents the Plano and Frisco locations to consumers as part of its Tonal showroom network. Tonal labels these locations "Tonal Showroom[s]" and presents them through the same Tonal store-locator framework, Tonal-branded scheduling process, "Tonal expert" terminology, and prescribed demonstration program that Tonal uses for its directly operated showrooms.[6] Upon information and belief, by identifying the Plano and Frisco locations in this manner, directing prospective customers to them, administering a standardized Tonal demonstration program there, training the personnel conducting the demonstrations, and exercising ongoing oversight over Tonal-specific retail activities, Tonal has established and ratified those locations as places from which Tonal regularly conducts its business.

20. Tonal's business conducted through the Plano and Frisco locations continues beyond the in-store demonstration and sale. Johnson Fitness & Wellness offers the Accused Products for purchase together with white-glove delivery and professional wall installation.[7] Each purchase also requires a Tonal membership that is activated and paid through Tonal after installation. Upon information and belief, sales facilitated through the Plano and Frisco locations therefore generate continuing subscription, delivery, installation, and post-sale relationships between Tonal and customers in this District.

21. Tonal publicly represents that each Accused Product is shipped to a local hub before delivery and installation. Once an order reaches the local hub, Tonal's team coordinates the final leg of delivery to the customer's home and "actively monitors" the customer's order "every step of the way."[8] Tonal also requires completion and approval of a Tonal Installation Form before an order can proceed and requires authorized installers to perform a final onsite compatibility

[6] https://tonal.com/pages/try-tonal , last accessed on October 4, 2026.
[7] https://www.johnsonfitness.com/Tonal-2-Smart-Home-Gym-P39079.aspx , last accessed on October 4, 2026.
[8] https://knowledge.tonal.com/kb/guide/en/how-to-track-your-tonal-shipment-wZEzKIlbkt/Steps/4246839 , last accessed on October 4, 2026.

assessment and professionally mount and set up the Accused Product.[9] For relocating customers, Tonal offers a relocation package and states that it will schedule a 'trained installation partner' to uninstall the Tonal system and reinstall it at the customer's new location.

> 1. **From Our Warehouse to Your Local Hub**: Your Tonal ships from one of our warehouses in California or New Jersey. Orders are processed and leave the warehouse Monday through Friday, excluding holidays. Once your order is on its way, we'll provide an estimated arrival date for when it will reach your local hub.
> 2. **Scheduling Your Delivery**: Once your Tonal arrives at your local hub, our team coordinates the final leg of the journey to your home. At this stage, we'll reach out to pre-schedule your delivery and ensure a smooth setup experience.
> 3. **Tracking Your Order**: While there's no traditional tracking number, we've got you covered. Our team actively monitors your order every step of the way, and you can check key order milestones using our chat bot at tonal.com.

*See* https://knowledge.tonal.com/kb/guide/en/how-to-track-your-tonal-shipment-wZEzKIlbkt/Steps/4246839

22. Tonal represents on its website that the Accused Product "requires specialized handling", and the "shipping process differs from standard package deliveries." *Id*. Further, the Accused Products "require professional installation and assembly" due to the unique features.[10] Tonal maintains an internal Field Operations & Last Mile organization responsible for Tonal's servicing, delivery, repair, and installation network. Tonal publicly describes that organization as responsible for service-provider performance, compliance, quality assurance, training, operational standards, accountability, installation quality, service-level adherence, and operational standard operating procedures across Tonal's outsourced repair and installation network.[11]

23. Upon information and belief, Tonal's authorized service providers, including RXO and Ryder, perform Tonal-specific delivery and installation functions on Tonal's behalf and

---

[9] https://tonal.com/blogs/all/tonal-questions-answered, last accessed on October 4, 2026.
[10] https://knowledge.tonal.com/kb/guide/en/how-will-my-tonal-journey-unfold-from-order-to-installation-Tpg8xfCFrh/Steps/4320795, last accessed on October 4, 2026.
[11] *See e.g.*, https://portfolio.watershed.vc/companies/tonal/jobs/54458628-field-operations-product-specialist, last accessed on October 4, 2026.

subject to Tonal's continuing operational requirements, training, performance monitoring, quality standards, and corrective-action processes. Ryder maintains a large facility at The Colony, Texas[12] in this District which is a Ryder Supply Chain Solutions Facility.[13] Upon information and belief, this facility is used as a Tonal authorized service provider in this District. On information and belief, Ryder personnel act on Tonal's behalf as its agents when performing Tonal-specific installation, delivery, relocation, or service activities subject to Tonal's requirements and customer-facing processes. These activities further demonstrate that sales generated through Tonal's showroom network are part of a continuous Tonal-directed commercial process extending from demonstration and purchase through delivery, installation, subscription activation, repair, and post-sale service.[14]

24. Upon information and belief, the Plano and Frisco locations are physical places within this District at which personnel acting on Tonal's behalf, as agents of Tonal, are regularly physically present and regularly conduct Tonal's demonstration, marketing, customer-education, and sales-facilitation business. Tonal has established or ratified those locations as regular and established places of business within the meaning of 28 U.S.C. § 1400(b).

25. Venue is proper in this District under 28 U.S.C. § 1400(b) for the reasons set forth above.

## FACTUAL ALLEGATIONS

26. This lawsuit relates to systems and methods for monitoring performance of an exercise on an exercise device using motion and position sensors and providing feedback to the user, as further described in the Asserted Patents.

---

[12] https://bandana.com/companies/4d1e188a-8331-4b77-8cab-12fa681eb0eb/locations/8ae581ee-58c1-42dd-be12-7ef40dfa246a
[13] https://www.ryder.com/en-us/logistics/supply-chain-solutions
[14] https://jobs.ashbyhq.com/tonal/e5921737-cac5-42c0-b380-866e239991a9?.

**A. The Asserted Patents**

27. The ’520 Patent is entitled “Method and System for Monitoring and Feed-Backing on Execution of Physical Exercise Routines” and issued on June 5, 2018. The named inventors on the ’520 Patent are Arie Shavit, Idit Perl Shavit, and Alon Shavit. Flow Motion owns by assignment the entire right, title, and interest in and to the ’520 Patent. A true and correct copy of the ’520 Patent is attached hereto as Exhibit 1.

28. The ’055 Patent is entitled “Method and System for Monitoring and Feed-Backing on Execution of Physical Exercise Routines” and issued on September 5, 2023. The named inventors on the ’055 Patent are Arie Shavit, Idit Perl Shavit, and Alon Shavit. Flow Motion owns by assignment the entire right, title, and interest in and to the ’055 Patent. A true and correct copy of the ’055 Patent is attached hereto as Exhibit 2.

29. The ’035 Patent is entitled “Method and System for Monitoring and Feed-Backing on Execution of Physical Exercise Routines” and issued on December 3, 2024. The named inventors on the ’035 Patent are Arie Shavit, Idit Perl Shavit, and Alon Shavit. Flow Motion owns by assignment the entire right, title, and interest in and to the ’035 Patent. A true and correct copy of the ’035 Patent is attached hereto as Exhibit 3.

30. The Asserted Patents are not directed to an abstract idea, such as exercise instruction, generalized coaching, collecting fitness information, or displaying exercise data. The claim limitations, individually and as ordered combinations, involve more than the performance of a well understood, routine, and conventional activity previously known in the industry as of the priority dates of the Asserted Patents.

31. The claims of the Asserted Patents are not directed towards a fundamental economic practice, a method of organizing human activities, an idea by itself, or a mathematical formulation.

32. The claims of the Asserted Patents are directed to specific technical areas and problems and so do not preempt others from using other methods and systems.

33. The Asserted Patents claim specific sensor-based systems and methods that address technical limitations in conventional motion-tracking systems when used to identify, monitor, provide feedback concerning, and control physical exercise routines performed on or with exercise devices. *See* Ex. 1, '520 Patent at 1:16–18, 1:20–58; Ex. 2, '055 Patent at 1:16–18, 1:20–60; Ex. 3, '035 Patent at 1:16–18, 1:20–60.

34. The specifications of the Asserted Patents explain, as part of their descriptions of their specific improvements over the prior art, that, at the time of the inventions, conventional motion and position sensors used in game consoles could identify a player's body position and motion and could generate skeletal-model output, but those outputs were merely used by a game controller to control a game. Existing systems did not use such motion and position sensor information to identify a physical exercise routine, analyze a user's performance of that routine, and provide feedback as to how the user should improve the routine. The Asserted Patents addressed specific technological deficiencies in then-existing sensor-based motion-tracking systems used for physical exercise monitoring. *See, e.g.*, Ex. 1, '520 Patent at 1:20–58; Ex. 2, '055 Patent at 1:20–60; Ex. 3, '035 Patent at 1:20–60.

35. The claimed systems and methods are implemented through specific ordered combinations of physical sensors, computing devices, databases containing exercise-routine information, and training modules configured to process sensory information for exercise

monitoring, feedback, and device control. The claimed "routine information" is not generic stored data. As described in the specifications, routine information may include frames, body positions, body poses or postures, locations of joints relevant to a specific exercise, body-part angles, body-part orientation, timing for moving between poses, the time for maintaining a posture, attributes of the exercise to monitor, body parts to be tracked at different stages of the exercise, and optimal sensor viewing positions or angles for a particular exercise or group of exercises. *See* Ex. 1, '520 Patent at 5:1–37; Ex. 2, '055 Patent at 5:1–37; Ex. 3, '035 Patent at 5:1–37.

36. Claim 16 of the '520 Patent claims a specific technical exercise-monitoring and exercise-device-control method. The claimed method receives sensory information from motion and position sensors tracking a user's movement on an exercise device, compares that sensory information to routine information stored in a database to detect dissimilarities, outputs feedback including instructions for changing execution of the physical exercise routine, and automatically changes, based on the feedback, a difficulty level, resistance, or tension provided by the exercise device. The claimed method addresses the technical problem of exercise-monitoring systems that detect and report a user's performance without using the resulting comparison and feedback to automatically control the physical operating characteristics of the exercise device. This ordered combination is not merely the use of a generic computer to collect and display information; it uses sensor-based comparison and feedback to control the physical operation of exercise equipment. *See* Ex. 1, '520 Patent at 18:36–57.

37. Claim 1 of the '055 Patent and claim 1 of the '035 Patent claim additional technical improvements directed to a sensor-processing problem that arises when a user performs an exercise routine on or with an exercise device. The specifications explain that, in such circumstances, the exercise device may be captured by the sensors along with the user, the user may be very close to

or coupled to the exercise device, and the user and the exercise device may be treated as a single image, causing conventional skeletal-model extraction and exercise-monitoring processes to fail or produce inaccurate results. *See* Ex. 2, ’055 Patent at 13:51–14:12; Ex. 3, ’035 Patent at 13:51–14:12.

38. Claim 1 of the ’055 Patent and claim 1 of the ’035 Patent address that technical problem through claimed use of the appearance of the exercise device, the appearance of a feature of the exercise device, or a machine-representation model of the exercise device to process sensory information, including separating the appearance of the exercise device or a feature of it from the sensory information, calibrating or adjusting the generated sensory information, or assisting in generating a machine-representation model of the user from the sensory information. The specifications describe, for example, using a calibration stage to identify a point on a non-moving part of the exercise device; using calibration-stage angles to rotate skeletal frames stored in the database so those frames match the current position of the exercise device; comparing a calibration image to a real-time image to remove pixels representing the exercise device and background; and using known interest points on the exercise device to locate user joints more accurately. *See* Ex. 2, ’055 Patent at 14:13–47, 14:48–63, 14:64–15:9, 16:5–19; Ex. 3, ’035 Patent at 14:13–47, 14:48–63, 14:64–15:9, 16:5–19.

39. These claimed techniques improve the operation of sensor-based exercise-monitoring systems by enabling more accurate identification, monitoring, comparison, feedback, and device control when the user is exercising on or with an exercise device. The claimed systems and methods therefore do not merely invoke sensors, computers, databases, or displays as generic tools. They recite specific arrangements and processing steps for using sensor-generated information, stored exercise-routine information, exercise-device appearance or model

information, and feedback-based equipment control to improve the technological operation of exercise monitoring and exercise-device control. *See* Ex. 1, '520 Patent at 4:20–65, 5:1–37, 7:20–65, 8:1–65, 9:1–65, 10:1–47; Ex. 2, '055 Patent at 4:20–65, 5:1–37, 7:20–65, 8:1–65, 9:1–65, 10:1–47, 13:1–45, 14:1–63.

40. The prosecution history of the '520 Patent further confirms that claim 16's automatic-changing limitation is a material technological limitation. During prosecution, the claim that issued as claim 16 was prosecuted as application claim 24. Application claim 24 was identified as allowable subject matter and recited a method that receives sensory information from motion and position sensors, compares sensory information to routine information stored in a database to detect dissimilarities, provides feedback including instructions related to changing execution of the physical exercise routine, and automatically changes, based on the feedback, a difficulty level, resistance, or tension provided by the exercise device. The applicant explained that the amended method "explicitly states that the method includes the step of changing one of resistance provided by the exercise device, tension provided by the exercise device based on the feedback," and that "these added features present novel and non-obvious improvement to the methods presented in the applied references." The applicant further distinguished the Alessandri reference because the claim included features not found in Alessandri, specifically "changing based on the feedback" at least one of difficulty level, resistance, or tension provided by the exercise device. Ex. 4, '520 Patent File History, Applicant Response/Amendment filed Sept. 2, 2017, pp. 14–15 of 18 (application claim 24 and automatic-changing amendment); *id*. at Applicant Response filed Mar. 1, 2017, pp. 10–11 of 12 (distinguishing Alessandri reference based on changing difficulty, resistance, or tension based on feedback).

41. The prosecution history of the ’055 Patent further confirms that the device-appearance, feature-appearance, calibration, adjustment, and machine-representation limitations are material technological limitations. During prosecution, the applicant distinguished prior art by explaining that the Bentley reference did not teach “separating from the sensory information at least the appearance of the exercise device or a feature of it,” did not teach “calibration or adjustment of the generated sensory information,” and did not teach “assistance in the generation of the machine representation of the user from the sensory information.” The applicant further stated that, after adding those limitations, independent claim 1 was allowable. Ex. 5, ’055 Patent File History, Reply to Non-Final Office Action, p. 10 of 13 (distinguishing Bentley reference); *id.* at pp. 10–11 of 13 (stating independent claim 1 was allowable after the added limitations).

42. The prosecution history of the ’035 Patent likewise confirms that claim 1’s ordered combination was not merely generic sensor or computer implementation. In the Notice of Allowability, the Examiner identified Kutliroff, U.S. Patent Application Publication No. 2009/0298650, as “a close prior art of record,” but allowed the claims because Kutliroff did not show the claimed system using motion/position sensing with a training module configured to track user movement on an exercise device and use the appearance of the exercise device, the appearance of a feature of the device, or a machine-representation model for separation from sensory information, calibration or adjustment of generated sensory information, or assistance in generating a machine representation of the user. The Examiner stated that, “[f]or at least these reasons,” claim 1 and related claims were allowable over the prior art of record. Ex. 6, ’035 Patent File History, Notice of Allowability mailed July 24, 2024, p. 2 (Examiner’s Statement of Reasons for Allowance); *id.* at Non-Final Office Action mailed May 9, 2024, pp. 18–19 (same allowable-subject-matter rationale before formal amendments/terminal disclaimer).

43. None of the asserted claims are representative of all asserted claims for purposes of patent eligibility. Claim 16 of the ’520 Patent, claim 1 of the ’055 Patent, and claim 1 of the ’035 Patent recite materially different ordered combinations and materially different technological improvements. Claim 16 of the ’520 Patent is directed to a method that automatically changes difficulty, resistance, or tension based on sensor-derived feedback. Claim 1 of the ’055 Patent is directed to a system using a plurality of motion and position sensors together with exercise-device appearance, feature, or model information for separation, calibration, adjustment, or machine-representation generation. Claim 1 of the ’035 Patent is directed to a related system with a different sensor formulation requiring at least one motion sensor and/or at least one position sensor. *See* Ex. 1, ’520 Patent at 18:36–57; Ex. 2, ’055 Patent at 16:62–17:20; Ex. 3, ’035 Patent at 17:5–27.

**B. The Accused Products**

44. Defendant has, without Flow Motion’s authority, made, used, offered to sell, sold, and/or imported into the United States, and/or instructed others regarding the making, use, sale, offer for sale, or importation of interactive exercise equipment, including smart exercise equipment devices that provide real-time instruction and feedback to users. Defendant has also practiced methods using that equipment and instructed others to use it. These activities directly infringe (literally or under the doctrine of equivalents), and/or induce the infringement of one or more claims of each of the Asserted Patents, as further alleged below. This includes, but is not limited to, the Tonal Digital Weight System (Tonal 1 and later versions of the Tonal product including the Tonal 2) and one or more remote computing systems operated and/or controlled by Tonal.

45. On information and belief, Defendant offers infringing devices, methods, and products including, but not limited to, devices identified as the Tonal Digital Weight System (Tonal

1 and later versions of the Tonal product including the Tonal 2) and one or more remote computing systems operated and/or controlled by Tonal (the "Accused Products").

46. Defendant, directly or indirectly through its affiliates, subsidiaries, agents, customers, or other representatives, makes, uses, sells and/or offers for sale the Accused Products in the United States in this District, and/or imports the Accused Products into the United States.

47. Defendant has had knowledge of the Asserted Patents at least since the filing of this Complaint.

48. The allegations set forth herein are exemplary and without prejudice to infringement contentions provided pursuant to the Court's orders and local rules. By setting forth these allegations, Flow Motion does not convey or imply any particular claim construction or the precise scope of the claims. These infringement allegations are based on currently available information and a reasonable investigation of the Accused Products. Flow Motion reserves all rights, including the right to modify this description based on information obtained during discovery.

**COUNT I**

**DEFENDANT'S INFRINGEMENT OF U.S. PATENT NO. 9,987,520**

49. Flow Motion realleges and incorporates by reference the foregoing paragraphs as if fully set forth herein.

50. The claims of the '520 Patent cover, inter alia, systems and methods for monitoring performance of an exercise routine, comprising receiving sensory information from a plurality of motion and position sensors configured to track movement of a user performing the exercise routine on an exercise device, comparing the sensory information to routine information stored in a database to detect dissimilarities indicating incorrect execution of the exercise routine, and providing feedback to the user including instructions for changing execution of the routine,

wherein, in certain embodiments, the feedback is further used to automatically adjust characteristics of the exercise device including difficulty level, resistance, or tension.

51. The claims of the ’520 Patent present specific, non-abstract improvements to motion tracking, exercise monitoring, and exercise-equipment control technology. Independent claim 16 recites a method in which sensory information from motion and position sensors is compared to routine information stored in a database, feedback is generated for changing execution of the physical exercise routine, and the exercise device automatically changes difficulty level, resistance, or tension based on that feedback. During prosecution, the applicant distinguished the prior art on the ground that the claimed method included automatic changing, based on feedback, of at least one of difficulty level, resistance, or tension provided by the exercise device. These claimed approaches therefore present specific technological improvements to sensor-based exercise monitoring and physical exercise-device control, rather than merely using generic computers to collect or display exercise information. *See* Ex. 1, ’520 Patent at 18:36–57; Ex. 4, ’520 Patent File History, Applicant Response/Amendment filed Sept. 2, 2017, pp. 14–15 of 18; *id.* at Applicant Response filed Mar. 1, 2017, pp. 10–11 of 12.

52. The claims of the ’520 Patent are valid and enforceable, and each enjoys a statutory presumption of validity under 35 U.S.C. § 282.

53. Defendant’s infringing activities violate 35 U.S.C. § 271.

54. Defendant infringes at least claim 16 of the ’520 Patent.

55. For example, Claim 16 of the ’520 Patent recites:

> 16. A method for monitoring performance of a physical exercise routine, comprising:
>
> receiving, by a computing device, sensory information from a plurality of motion and position sensors configured to track at least one movement of a user performing the physical exercise routine on an exercise device;

> comparing, by the computing device, the sensory information to routine information stored in a database to detect dissimilarities between the sensory information and the routine information, and
>
> providing, by an output of the by the computing device, a feedback to the user, the feedback includes at least instructions related to changing the execution of the physical exercise routine;
>
> automatically changing based on the feedback, at least one of: difficulty level provided by the exercise device, resistance provided by the exercise device, tension provided by the exercise device.

56. The prosecution history confirms that claim 16's automatic-changing limitation is a material technological limitation. During prosecution, the claim that issued as claim 16 was prosecuted as application claim 24. The applicant explained that the amended method "explicitly states that the method includes the step of changing one of resistance provided by the exercise device, tension provided by the exercise device based on the feedback," and that "these added features present novel and non-obvious improvement to the methods presented in the applied references." The applicant further distinguished the Alessandri reference because it did not disclose "changing based on the feedback" at least one of difficulty level, resistance, or tension provided by the exercise device. Thus, claim 16 is directed to a specific closed-loop exercise-equipment control method, not merely generic collection or display of exercise information. Ex. 4, '520 Patent File History, Applicant Response/Amendment filed Sept. 2, 2017, pp. 14–15 of 18; *id*. at Applicant Response filed Mar. 1, 2017, pp. 10–11 of 12.

57. The Accused Products practice a method for monitoring performance of a physical exercise routine, as the Accused Products receive, by a computing device, sensory information from a plurality of motion and position sensors configured to track at least one movement of a user performing the physical exercise routine on an exercise device.



Source: https://tonal.com/pages/equipment-overview , last accessed October 4, 2026.

**FORM FEEDBACK**



**Form Feedback** senses the length and position of Tonal's cables to detect the pace, range of motion, positioning, balance, symmetry, and smoothness of your movements to deliver immediate, actionable corrections to your technique.

## SMART VIEW

In addition to incorporating data points from Tonal's cable, Smart View utilizes Tonal 2's on-trainer camera to provide real-time coaching cues. Activate the camera to view yourself during your workout and quickly check your form. On Tonal 1, you can set up Smart View on your phone. Watch footage of your workouts and review coaching cues on the app, just like an athlete studying game tape.

Source: The Ultimate Guide to Getting Started on Tonal , last accessed October 4, 2026.

Increasing the efficiency of your training is only one part of the package. Tonal can also add dynamic weight modes to your experience. Because it tracks speed, resistance, and form, it knows when you're strongest—and when you're struggling. This means it can add weight during each rep (Smart Flex) to build strength faster; reduce the weight to offer an assist when you're tapped (Spotter mode); or step in to help you cross the finish line on fire (Burnout mode). Dumbbells don't stand a chance of accomplishing all that.

Source: https://web.archive.org/web/20240619054407/https:/www.tonal.com/blog/digital-weights-the-future-of-fitness-today/ , last accessed October 4, 2026.

58. On February 10, 2026, Tonal Systems filed a complaint in Delaware alleging patent infringement against Echelon Fitness Multimedia, LLC, case number 1:26-cv-00151 (D. Del.). In its complaint, ECF Docket Number 1, Tonal described its own products as follows: "Tonal is the creator of a pioneering smart home gym that leverages digital weight provided by an electromagnetic motor that is monitored and controlled by Tonal's artificial intelligence and motion sensor technology. Tonal's smart home gym allows users to complete an effective, safe, and well-rounded cable strength-training routine from the convenience of their home." *See* Ex. 7, Echelon Complaint at ¶ 7.

59. The Accused Products receive, by a computing device, sensory information from a plurality of motion and position sensors configured to track at least one movement of a user performing the physical exercise routine on an exercise device.

Tonal uses 17 different sensors to provide real-time guidance customized to your personal movements and technique, in the form of both verbal feedback and pop-up notifications on screen. Overall, the whole workout experience felt very organic as I progressed from one exercise to the next. Since the rep counting didn't start until I activated each smart accessory with my thumb, I didn't feel rushed, either.

Source: https://www.tomsguide.com/reviews/tonal , last accessed October 4, 2026.

## WHAT IS FORM FEEDBACK AND HOW DOES IT WORK?

Leveraging multiple sensors and precise cable length data tracked 60 times a second, Form Feedback is Tonal's unique technology that delivers real-time movement guidance on par with the best personal trainers —right in your own home.

Thanks to a database of nearly a billion repetitions and more than 100 million sets, Tonal is able to analyze your movement patterns and identify opportunities to course correct using artificial intelligence fed by expert trainers and coaches. Think: pace, range of motion, positioning, balance, symmetry, smoothness, and more. Form Feedback crunches the numbers on each of those movement characteristics during every rep then delivers immediate, actionable feedback when it detects imperfections. This takes the guesswork out of nailing proper form and helps you avoid form breakdown.

Source: https://tonal.com/blogs/all/introducing-form-feedback, last accessed October 4, 2026.

60. The Accused Products compare, by the computing device, the sensory information to routine information stored in a database to detect dissimilarities between the sensory information and the routine information. On information and belief, this comparison uses stored reference information concerning the exercise being performed to identify departures in the user's execution of that exercise. The basis for this allegation includes Tonal's description of Form Feedback as using a database of nearly a billion repetitions and more than 100 million sets to analyze movement characteristics, including pace, range of motion, positioning, balance, symmetry, and smoothness, and to provide exercise-specific corrective feedback when it detects imperfections.

# WHAT IS FORM FEEDBACK AND HOW DOES IT WORK?

Leveraging multiple sensors and precise cable length data tracked 60 times a second, Form Feedback is Tonal's unique technology that delivers real-time movement guidance on par with the best personal trainers —right in your own home.

Thanks to a database of nearly a billion repetitions and more than 100 million sets, Tonal is able to analyze your movement patterns and identify opportunities to course correct using artificial intelligence fed by expert trainers and coaches. Think: pace, range of motion, positioning, balance, symmetry, smoothness, and more. Form Feedback crunches the numbers on each of those movement characteristics during every rep then delivers immediate, actionable feedback when it detects imperfections. This takes the guesswork out of nailing proper form and helps you avoid form breakdown.

Source: https://tonal.com/blogs/all/introducing-form-feedback, last accessed October 4, 2026.






Source: https://www.tonal.com/blog/introducing-form-feedback/, last accessed October 4, 2026.

61. The Accused Products provide, by an output of the by the computing device, a feedback to the user, the feedback includes at least instructions related to changing the execution of the physical exercise routine.

# What Is Form Feedback and How Does It Work?

Leveraging multiple sensors and precise cable length data tracked 60 times a second, Form Feedback is Tonal's unique technology that delivers real-time movement guidance on par with the best personal trainers—right in your own home.

Thanks to a database of nearly a billion repetitions and more than 100 million sets, Tonal is able to analyze your movement patterns and identify opportunities to course correct using artificial intelligence fed by expert trainers and coaches. Think: pace, range of motion, positioning, balance, symmetry, smoothness, and more. Form Feedback crunches the numbers on each of those movement characteristics during every rep then delivers immediate, actionable feedback when it detects imperfections. This takes the guesswork out of nailing proper form and helps you avoid form breakdown.

Let's use the squat as an example. The optimal range of motion in a squat is unique to you—anatomical differences and varying flexibility all play a role. That's why Form Feedback learns your movement patterns, ensuring you drop low enough, move at the right pace during the lowering or eccentric phase, and maintain balance when you're supposed to be stabilizing.

The result? Hyper-specific cues like the following:

- **Drive your hips further back to get lower if possible**
- **Lower yourself slower and with control**
- **Next set, start at the top of the rep**
- **Tighten your core and stand tall to stay level**

And our data shows that it works. On average, Tonal members improve their form by 10 percent after just 10 sets and continue to improve their form up to 34 percent after completing 200 sets on Tonal. Users with less experience see even larger improvements, an average of 47 percent after 200 sets.

Source: https://www.tonal.com/blog/introducing-form-feedback/, last accessed October 4, 2026.

62. The Accused Products automatically change based on the feedback, resistance provided by the exercise device and/or the tension provided by the exercise device.

Tonal's dynamic weight modes make it possible for you to strength train in a way that's not possible with dumbbells.

- **Tonal's dynamic weight modes give you variable resistance training with the touch of a button.**
- **Variable resistance training is a strength training technique in which weight changes within each rep.**
- **Variable resistance training can help you build strength faster by challenging you to break through plateaus.**
- **Tonal's dynamic weight modes — Spotter, Smart Flex, Eccentric, Chains, and Burnout—make it possible for you to strength train in a way that can't be duplicated with dumbbells.**

Unlike dumbbells and gym equipment, Tonal's **adaptive** weight adjusts thousands of times per second, making it possible to strength train in an unparalleled way. By automatically changing the resistance during a rep, or between reps in a set, Tonal ensures you're getting the most out of each exercise.

Source: Use Dynamic Weight Modes to Transform Your Strength Training – Tonal, last accessed October 4, 2026.

Burnout mode senses when you're slowing down and reduces resistance in a high-rep set so you can complete your last rep successfully and keep pushing yourself to build muscle. When you pause at the most difficult point in a move, Burnout mode will kick in to lower the weight so you can finish the rep and complete the rest of your set at the lower weight. It's most effective in sets of 15-20 reps or timed sets when you're trying to squeeze in as many reps as possible.

Source: https://tonal.com/blogs/all/transform-your-strength-training-routine-with-dynamic-weight-modes, last accessed October 4, 2026.

## SPOTTER

To keep getting stronger, you need to continually challenge your muscles by increasing the amount of weight you lift. If you're working out alone, though, lifting heavy weights may be intimidating and potentially increase your risk of injury if you unexpectedly fail during a rep.

Like a training partner at the gym, Tonal's Spotter mode automatically senses if you're struggling to complete a rep and temporarily reduces the weight so you can finish the set. If you're able to continue the set at your original speed, Spotter will add the weight back for the remaining reps. This makes it easier and safer to confidently push your limits and hit new PRs.

Spotter is always on by default, and you can use it for more than 200 moves to feel supported every time you lift.

Source: https://tonal.com/blogs/all/transform-your-strength-training-routine-with-dynamic-weight-modes, last accessed October 4, 2026.

63. Additionally, the Accused Products automatically change based on the feedback, the difficulty level provided by the exercise device.

## DYNAMIC WEIGHT MODES

With Tonal's digital weights, you can enjoy the benefits of variable resistance training techniques at the touch of a button. Variable resistance training through **dynamic weight modes** alters the resistance within a single rep, or between reps in a set, to help you get stronger.

- **Spotter Mode:** Automatically reduces the weight if you're struggling with a rep, and increases it when you're ready to safely complete your set.
- **Smart Flex Mode:** Intelligently matches your strength by continuously adding or subtracting weight at your strongest and weakest points in a specific exercise to challenge you throughout the rep.
- **Eccentric Mode:** Adds weight during the eccentric (lowering) portion of each exercise to improve strength, flexibility, and range of motion, and reduce injury risk.
- **Chains Mode:** Increases resistance during the concentric (lifting) portion of each exercise to increase max strength and prep your nervous system for heavier lifting.
- **Burnout Mode**: Reduces weight within a set as you get fatigued so you can lift until you reach failure without sacrificing safety or form.

Source: The Ultimate Guide to Getting Started on Tonal, last accessed October 4, 2026.

64. In the February 10, 2026 Echelon Complaint filed by Tonal, it admitted the Accused Products automatically change the difficulty level based on feedback: "Unlike static workout videos that operate on a fixed timeline, Tonal presents instructional video and audio content while the user is actively exercising and dynamically adjusts the timing of that content based on the user's pace and progress. Tonal stores multiple sequences of content and uses 'time flex' to pause, delay, or advance the content so that instruction remains synchronized with the user's movements. For example, time flex can allow a rest period to occur between exercises if a user is not ready to move on to the next exercise." *See* Ex. 7, Echelon Complaint at ¶ 15 (emphasis added).

65. The Accused Products' use of sensor-derived movement information, routine information, feedback, and automated adjustment of resistance, tension, timing, and/or difficulty further confirms that the asserted '520 claim is directed to a technological process implemented in an exercise device. The claimed method is not performed in the human mind or by pen and paper

because it requires receiving sensor-generated movement information from physical motion and position sensors, computer comparison to stored routine information, and automatic adjustment of physical operating characteristics of an exercise device. *See* Ex. 1, '520 Patent at 4:20–65, 5:1–37, 5:47–62, 18:36–57.

66. The Accused Products satisfy all claim limitations of one or more claims of the '520 Patent. Defendant has infringed and continues to directly infringe one or more claims of the '520 Patent by making, using, selling, and/or offering for sale in the United States and/or importing into the United States the Accused Products. Defendant has also directly infringed and continues to directly infringe the asserted method claim by performing all steps of the claimed method in the United States, itself or through its agents, and/or by directing or controlling others to perform one or more steps, including where such performance occurs pursuant to Defendant's instructions, requirements, or conditions, and is attributable to Defendant. On information and belief, Defendant, through its employees or agents, performs all steps of claim 16 in the United States during demonstrations of the Accused Products that include the sensor-based comparison, corrective feedback, and automatic resistance or tension adjustment as described herein. To the extent that any element is not literally present, each such element is present under the doctrine of equivalents because it performs substantially the same function in substantially the same way to achieve substantially the same result, and any differences between the Accused Products and the corresponding claim element are insubstantial.

67. Defendant also knowingly and intentionally induces infringement of at least Claim 16 of the '520 Patent in violation of 35 U.S.C. § 271(b). Through at least the filing and service of this Complaint, Defendant has had knowledge of the '520 Patent and the infringing nature of the Accused Products. Despite this knowledge of the '520 Patent and its infringement, Defendant

continues to actively encourage and instruct its customers and end users (for example, through user manuals and online Q&A, product information and instruction materials on its website and various service and customer support) to use the Accused Products in ways that directly infringe the ’520 Patent. On information and belief, customers and end users in the United States directly infringe claim 16 by operating the Accused Products during exercise sessions in which the computing device receives sensory information tracking the user’s movement, compares that information to stored routine information to detect dissimilarities, outputs feedback including instructions for changing execution of the exercise routine, and the exercise device automatically changes resistance or tension based on that feedback, as alleged above. Defendant’s Form Feedback instructions and materials promoting and explaining automatic resistance adjustment encourage customers to engage in those accused uses. Defendant does so knowing and intending that its customers and end users will commit these infringing acts. Defendant also continues to make, use, offer for sale, sell, and/or import the Accused Products, despite its knowledge of the ’520 Patent, thereby specifically intending for and inducing its customers to infringe the ’520 Patent through the customers’ normal and customary use of the Accused Products.

68. By making, using, offering for sale, selling and/or importing into the United States the Accused Products and by performing all the steps of the claimed method, Defendant has injured Plaintiff and is liable for infringement of the ’520 Patent pursuant to 35 U.S.C. § 271.

69. As a result of Defendant’s infringement of the ’520 Patent, Plaintiff is entitled to monetary damages in an amount adequate to compensate for Defendant’s infringement, but in no event less than a reasonable royalty for the use made of the invention by Defendant, together with interest and costs as fixed by the Court.

70. Defendant also has knowledge of the ’520 Patent at least due to the filing of this Complaint, and based on that knowledge, Defendant willfully infringes the ’520 Patent.

## COUNT II

## DEFENDANT’S INFRINGEMENT OF U.S. PATENT NO. 11,745,055

71. Flow Motion realleges and incorporates by reference the foregoing paragraphs as if fully set forth herein.

72. The claims of the ’055 Patent relate to systems for monitoring performance of an exercise routine comprising a computing device, a plurality of motion and position sensors configured to generate sensory information related to movement of a user performing the exercise routine, a database containing routine information representing at least one frame of the exercise routine, and a training module configured to track movement of the user on an exercise device, use the appearance of the exercise device, a feature of the exercise device, or a machine representation model of the device, and use that information to separate the appearance of the exercise device from the sensory information, calibrate or adjust the sensory information, or assist in generating a machine representation model of the user from the sensory information.

73. Claim 1 of the ’055 Patent is directed to a specific technological improvement in sensor-based exercise monitoring where the user performs an exercise routine on or with an exercise device. The specification explains that, in such settings, the exercise device can be captured in the sensory information along with the user; the user can be very close to or coupled to the exercise device; and conventional skeletal-model extraction and monitoring processes can fail because the user and device are treated as a single image. Claim 1 addresses this technical problem through a concrete system comprising a computing device, a plurality of motion and position sensors, a database containing routine information representing at least one frame of an exercise routine, and a training module configured to track user movement on an exercise device

and to use the appearance of the exercise device, a feature of the exercise device, or a machine-representation model of the device to separate the appearance of the exercise device from sensory information, calibrate or adjust the generated sensory information, or assist in generating a machine-representation model of the user from the sensory information. These limitations recite a specific ordered combination for improving the accuracy and reliability of user-motion tracking and machine-representation generation in the presence of an exercise device, not generic use of a computer or camera. *See* Ex. 2, ’055 Patent at 13:51–14:12, 14:13–63, 16:62–17:20.

74. The claims of the ’055 Patent are valid and enforceable, and each enjoys a statutory presumption of validity under 35 U.S.C. § 282.

75. Defendant’s infringing activities violate 35 U.S.C. § 271.

76. Defendant infringes at least claim 1 of the ’055 Patent.

77. For example, Claim 1 of the ’055 Patent recites:

1. A system for monitoring performance of an exercise routine, comprising:

> a computing device;
>
> a plurality of motion and position sensors configured to generate sensory information related to at least one movement of a user performing the exercise routine;
>
> a database containing routine information representing at least one frame of exercise routine;
>
> a training module configured to: track at least one movement of a user performing the exercise routine on an exercise device;
>
> > use at least one of: appearance of the exercise device, appearance of a feature of the said exercise device, or machine representation model of thereof;
>
> for at least one of: separate from the sensory information at least appearance of the exercise device or a feature of it, calibration and/or adjustment of the said generated sensory information, assistance in the generation of machine representation of the user from the sensory information;
>
> generate at least a machine representation model of the user from the sensory information.

78. The prosecution history of the ’055 Patent confirms that the device-appearance, feature-appearance, calibration, adjustment, and machine-representation limitations are material

technological limitations, not generic computer implementation. During prosecution, the applicant distinguished prior art by explaining that the Bentley reference did not teach "separating from the sensory information at least the appearance of the exercise device or a feature of it," did not teach "calibration or adjustment of the generated sensory information," and did not teach "assistance in the generation of the machine representation of the user from the sensory information." The applicant further stated that, after adding these limitations, independent claim 1 was allowable. These prosecution-history statements support that the ordered combination of claim 1 was not well-understood, routine, or conventional in sensor-based exercise monitoring. Ex. 5, '055 Patent File History, Reply to Non-Final Office Action, p. 10-11 of 13.

79. The Accused Products comprise a system for monitoring performance of an exercise routine, comprising: a computing device.



Source: https://tonal.com/pages/equipment-overview, last accessed October 4, 2026.

FORM FEEDBACK



> **Form Feedback** senses the length and position of Tonal's cables to detect the pace, range of motion, positioning, balance, symmetry, and smoothness of your movements to deliver immediate, actionable corrections to your technique.
>
> ## SMART VIEW
>
> In addition to incorporating data points from Tonal's cable, Smart View utilizes Tonal 2's on-trainer camera to provide real-time coaching cues. Activate the camera to view yourself during your workout and quickly check your form. On Tonal 1, you can set up Smart View on your phone. Watch footage of your workouts and review coaching cues on the app, just like an athlete studying game tape.

Source: The Ultimate Guide to Getting Started on Tonal, last accessed October 4, 2026.

> Increasing the efficiency of your training is only one part of the package. Tonal can also add dynamic weight modes to your experience. Because it tracks speed, resistance, and form, it knows when you're strongest—and when you're struggling. This means it can add weight during each rep (Smart Flex) to build strength faster; reduce the weight to offer an assist when you're tapped (Spotter mode); or step in to help you cross the finish line on fire (Burnout mode). Dumbbells don't stand a chance of accomplishing all that.

Source: https://web.archive.org/web/20240619054407/https://www.tonal.com/blog/digital-weights-the-future-of-fitness-today/, last accessed October 4, 2026.

80. The Accused Products include a plurality of motion and position sensors configured to generate sensory information related to at least one movement of a user performing the exercise routine.

> Tonal uses 17 different sensors to provide real-time guidance customized to your personal movements and technique, in the form of both verbal feedback and pop-up notifications on screen. Overall, the whole workout experience felt very organic as I progressed from one exercise to the next. Since the rep counting didn't start until I activated each smart accessory with my thumb, I didn't feel rushed, either.

Source: https://www.tomsguide.com/reviews/tonal, last accessed October 4, 2026.

## WHAT IS FORM FEEDBACK AND HOW DOES IT WORK?

Leveraging multiple sensors and precise cable length data tracked 60 times a second, Form Feedback is Tonal's unique technology that delivers real-time movement guidance on par with the best personal trainers —right in your own home.

Thanks to a database of nearly a billion repetitions and more than 100 million sets, Tonal is able to analyze your movement patterns and identify opportunities to course correct using artificial intelligence fed by expert trainers and coaches. Think: pace, range of motion, positioning, balance, symmetry, smoothness, and more. Form Feedback crunches the numbers on each of those movement characteristics during every rep then delivers immediate, actionable feedback when it detects imperfections. This takes the guesswork out of nailing proper form and helps you avoid form breakdown.

Source: https://tonal.com/blogs/all/introducing-form-feedback, last accessed October 4, 2026.

81. The Accused Products include a database containing routine information representing at least one frame of exercise routine.

## WHAT IS FORM FEEDBACK AND HOW DOES IT WORK?

Leveraging multiple sensors and precise cable length data tracked 60 times a second, Form Feedback is Tonal's unique technology that delivers real-time movement guidance on par with the best personal trainers —right in your own home.

Thanks to a database of nearly a billion repetitions and more than 100 million sets, Tonal is able to analyze your movement patterns and identify opportunities to course correct using artificial intelligence fed by expert trainers and coaches. Think: pace, range of motion, positioning, balance, symmetry, smoothness, and more. Form Feedback crunches the numbers on each of those movement characteristics during every rep then delivers immediate, actionable feedback when it detects imperfections. This takes the guesswork out of nailing proper form and helps you avoid form breakdown.

Source: https://tonal.com/blogs/all/introducing-form-feedback, last accessed October 4, 2026.

82. The Accused Products include a training module configured to: track at least one movement of a user performing the exercise routine on an exercise device.



Source: How Tonal's Form Feedback Helps You Perfect Your Technique, last accessed October 4, 2026.

83. The Accused Products use at least one of: appearance of the exercise device, appearance of a feature of the said exercise device, or machine representation model of thereof.

**Form Feedback** senses the length and position of Tonal's cables to detect the pace, range of motion, positioning, balance, symmetry, and smoothness of your movements to deliver immediate, actionable corrections to your technique.

Source: The Ultimate Guide to Getting Started on Tonal, last accessed October 4, 2026.

## PAIR YOUR SMART ACCESSORIES

The Smart Accessories (rope, bar, and handles) are connected to Tonal by Bluetooth, enabling you to turn the weight on and off with the click of a button. The Smart Accessories also track your movements to provide **Form Feedback**. Our team of professionals often pairs them for you during installation, but it's always good to know **how to do it yourself**.

Source: The Ultimate Guide to Getting Started on Tonal

Form Feedback

During your workout, Tonal analyzes your form and gives you feedback when it detects opportunities for improvement. Examples include helping you maintain consistent range of motion during a bicep curl, keeping the bar level during a bench press, and moving too fast during a deadlift. Tonal provides hundreds of corrections for the moves across our library.

Tonal's proprietary sensor technology, on the other hand, combines multiple sources of information about your body and movement. The result? Reliable, personalized, and detailed form feedback that will help keep your technique in check, maximize your gains, and prevent injury.

Here's everything you need to know about Tonal's leading tech—and why it stands above.

## WHAT IS FORM FEEDBACK AND HOW DOES IT WORK?

Leveraging multiple sensors and precise cable length data tracked 60 times a second, Form Feedback is Tonal's unique technology that delivers real-time movement guidance on par with the best personal trainers—right in your own home.

Source: https://tonal.com/blogs/all/introducing-form-feedback

84. On information and belief, the Accused Products Tonal Smart View functionality also uses at least one of: appearance of the exercise device, appearance of a feature of the said exercise device, or machine representation model of thereof.

85. On information and belief, the Accused Products meet the limitation: for at least one of: separate from the sensory information at least appearance of the exercise device or feature of it, calibration and/or adjustment of the said generated sensory information, assistance in the generation of machine representation of the user from the sensory information. Upon information and belief, the Accused Products appear to show the machine representation of a user:




Source: https://knowledge.tonal.com/s/article/Tonal-Smart-View, last accessed October 4, 2026; see also https://knowledge.tonal.com/kb/guide/en/coaching-cues-9XTywueFNJ/Steps/3954702,3954710 Coaching Cues | Tonal Support (reflecting same for Tonal 2) , last accessed October 4, 2026.

86. The Accused Products generate at least a machine representation model of the user from the sensory information.

# What Is Form Feedback and How Does It Work?

Leveraging multiple sensors and precise cable length data tracked 60 times a second, Form Feedback is Tonal's unique technology that delivers real-time movement guidance on par with the best personal trainers—right in your own home.

Thanks to a database of nearly a billion repetitions and more than 100 million sets, Tonal is able to analyze your movement patterns and identify opportunities to course correct using artificial intelligence fed by expert trainers and coaches. Think: pace, range of motion, positioning, balance, symmetry, smoothness, and more. Form Feedback crunches the numbers on each of those movement characteristics during every rep then delivers immediate, actionable feedback when it detects imperfections. This takes the guesswork out of nailing proper form and helps you avoid form breakdown.

Let's use the squat as an example. The optimal range of motion in a squat is unique to you—anatomical differences and varying flexibility all play a role. That's why Form Feedback learns your movement patterns, ensuring you drop low enough, move at the right pace during the lowering or eccentric phase, and maintain balance when you're supposed to be stabilizing.

The result? Hyper-specific cues like the following:

- **Drive your hips further back to get lower if possible**
- **Lower yourself slower and with control**
- **Next set, start at the top of the rep**
- **Tighten your core and stand tall to stay level**

And our data shows that it works. On average, Tonal members improve their form by 10 percent after just 10 sets and continue to improve their form up to 34 percent after completing 200 sets on Tonal. Users with less experience see even larger improvements, an average of 47 percent after 200 sets.

But providing detailed feedback is just one part of the package. Tonal can also add dynamic weight modes to your experience. Because it tracks speed, resistance, and form, it knows when you're strongest—and when you're struggling. This means it can add weight during each rep (Smart Flex) to help you grow stronger, faster; reduce the weight to offer an assist when you're tapped (Spotter mode); or step in to help you cross the finish line on fire (Burnout mode). And all throughout, Tonal takes the guesswork out of strength training with real-time weight recommendations that automatically adjust for every move. Try doing any of that with dumbbells.

Source: https://www.tonal.com/blog/introducing-form-feedback/, last accessed October 4, 2026.

87. The Accused Products satisfy all claim limitations of one or more claims of the ’055 Patent. Defendant has infringed and continues to directly infringe one or more claims of the ’055 Patent by making, using, selling, and/or offering for sale in the United States and/or importing into the United States the Accused Products. To the extent that any element is not literally present, each such element is present under the doctrine of equivalents because it performs substantially the same function in substantially the same way to achieve substantially the same result, and any differences between the Accused Products and the corresponding claim element are insubstantial.

88. Defendant also knowingly and intentionally induces infringement of at least Claim 1 of the ’055 Patent in violation of 35 U.S.C. § 271(b). Through at least the filing and service of this Complaint, Defendant has had knowledge of the ’055 Patent and the infringing nature of the Accused Products. Despite this knowledge of the ’055 Patent and its infringement, Defendant continues to actively encourage and instruct its customers and end users (for example, through user manuals and online Q&A, product information and instruction materials on its website and various service and customer support) to use the Accused Products in ways that directly infringe the ’055 Patent. Defendant does so knowing and intending that its customers and end users will commit these infringing acts. Defendant also continues to make, use, offer for sale, sell, and/or import the Accused Products, despite its knowledge of the ’055 Patent, thereby specifically

intending for and inducing its customers to infringe the ’055 Patent through the customers’ normal and customary use of the Accused Products.

89. By making, using, offering for sale, selling and/or importing into the United States the Accused Products, Defendant has injured Plaintiff and is liable for infringement of the ’055 Patent pursuant to 35 U.S.C. § 271.

90. As a result of Defendant’s infringement of the ’055 Patent, Plaintiff is entitled to monetary damages in an amount adequate to compensate for Defendant’s infringement, but in no event less than a reasonable royalty for the use made of the invention by Defendant, together with interest and costs as fixed by the Court.

91. Defendant also has knowledge of the ’055 Patent at least due to the filing of this Complaint, and based on that knowledge, Defendant willfully infringes the ’055 Patent.

## COUNT III

## DEFENDANT’S INFRINGEMENT OF U.S. PATENT NO. 12,157,035

92. Flow Motion realleges and incorporates by reference the foregoing paragraphs as if fully set forth herein.

93. The claims of the ’035 Patent relate to systems for monitoring performance of an exercise routine comprising a computing device, at least one motion sensor and/or position sensor configured to generate sensory information related to movement of a user performing the exercise routine, a database containing routine information representing at least one frame of the exercise routine, and a training module configured to track movement of the user on an exercise device, use the appearance of the exercise device, a feature of the exercise device, or a machine representation model of the device, and use that information to separate the appearance of the exercise device from the sensory information, calibrate or adjust the sensory information, or assist in generating a machine representation of the user from the sensory information.

94. Claim 1 of the ’035 Patent is directed to a specific technological improvement in sensor-based exercise monitoring and machine-representation generation. Claim 1 recites a system comprising a computing device, at least one motion sensor and/or at least one position sensor configured to generate sensory information related to movement of a user performing an exercise routine, a database containing routine information representing at least one frame of the exercise routine, and a training module configured to track user movement on an exercise device. The claim further requires the training module to use the appearance of the exercise device, the appearance of a feature of the exercise device, or a machine-representation model of the device for at least one of separating the appearance of the exercise device or a feature of it from sensory information, calibrating or adjusting the generated sensory information, or assisting in generating a machine representation of the user from the sensory information. This ordered combination addresses the technical problem that exercise-device structures and features can interfere with sensor-based user modeling when the user is close to or coupled to the device. The claimed system therefore improves the operation of motion-tracking and position-sensing exercise-monitoring technology, rather than merely using generic sensors or computers to collect and display exercise information. *See* Ex. 3, ’035 Patent at 13:51–14:12, 14:13–63, 17:5–27; Ex. 6, ’035 Patent File History, Notice of Allowability mailed July 24, 2024, p. 2.

95. The claims of the ’035 Patent are valid and enforceable, and each enjoys a statutory presumption of validity under 35 U.S.C. § 282.

96. Defendant’s infringing activities violate 35 U.S.C. § 271.

97. Defendant infringes at least claim 1 of the ’035 Patent.

98. For example, Claim 1 of the ’035 Patent recites:

1. A system for monitoring performance of an exercise routine, comprising:
 a computing device;

> at least one of motion sensor and/or at least one of position sensor, the position sensor/s and/or motion sensor/s configured to generate sensory information related to at least one movement of a user performing the exercise routine;
> a database containing routine information representing at least one frame of exercise routine;
> a training module configured to: track at least one movement of the user performing the exercise routine on an exercise device;
> use at least one of: appearance of the exercise device, appearance of a feature of the exercise device, or a machine representation model of thereof;
> for at least one of: separate from the sensory information at least appearance of the exercise device or the feature of it, calibration and/or adjustment of the generated sensory information, assistance in the generation of the machine representation of the user from the sensory information.

99. The prosecution history of the ’035 Patent confirms that claim 1’s ordered combination was not merely generic sensor or computer implementation. In the Notice of Allowability, the Examiner allowed claims 1–20 and identified Kutliroff, U.S. Patent Application Publication No. 2009/0298650, as “a close prior art of record.” The Examiner explained that Kutliroff did not show “a system for monitoring performance of an exercise machine” using at least one motion or position sensor to track user movement, with a training module configured to track movement on an exercise device and use “appearance of the exercise device,” “appearance of a feature of said exercise device,” or a “machine representation model” for “separat[ing] from the sensory information at least appearance of the exercise device or a feature of it,” “calibration and/or adjustment of the said generated sensory information,” or “assistance in the generation of machine representation of the user from the sensory information.” The Examiner concluded that, “[f]or at least these reasons,” claim 1 and the identified related claims were allowable over the prior art of record. These prosecution-history statements support that the ordered combination recited in claim 1 of the ’035 Patent was not well-understood, routine, or conventional in sensor-based exercise monitoring. Ex. 6, ’035 Patent File History, Notice of Allowability mailed July 24, 2024, p. 2; *id.* at Non-Final Office Action mailed May 9, 2024, pp. 18–19.

100. The Accused Products comprise a system for monitoring performance of an exercise routine, comprising: a computing device.



Source: https://tonal.com/pages/equipment-overview, last accessed October 4, 2026.

FORM FEEDBACK



> **Form Feedback** senses the length and position of Tonal's cables to detect the pace, range of motion, positioning, balance, symmetry, and smoothness of your movements to deliver immediate, actionable corrections to your technique.
>
> ## SMART VIEW
>
> In addition to incorporating data points from Tonal's cable, Smart View utilizes Tonal 2's on-trainer camera to provide real-time coaching cues. Activate the camera to view yourself during your workout and quickly check your form. On Tonal 1, you can set up Smart View on your phone. Watch footage of your workouts and review coaching cues on the app, just like an athlete studying game tape.

Source: The Ultimate Guide to Getting Started on Tonal, last accessed October 4, 2026.

> Increasing the efficiency of your training is only one part of the package. Tonal can also add dynamic weight modes to your experience. Because it tracks speed, resistance, and form, it knows when you're strongest—and when you're struggling. This means it can add weight during each rep (Smart Flex) to build strength faster; reduce the weight to offer an assist when you're tapped (Spotter mode); or step in to help you cross the finish line on fire (Burnout mode). Dumbbells don't stand a chance of accomplishing all that.

Source: https://web.archive.org/web/20240619054407/https://www.tonal.com/blog/digital-weights-the-future-of-fitness-today//, last accessed October 4, 2026; see also How Tonal's Adaptive Weight Can Help You Hit Your Fitness Goals (discussion regarding the same specific to Tonal 2) , last accessed October 4, 2026.

101. The Accused Products include at least one of motion sensor and/or at least one of position sensor, the position sensor/s and/or motion sensor/s configured to generate sensory information related to at least one movement of a user performing the exercise routine;

> Tonal uses 17 different sensors to provide real-time guidance customized to your personal movements and technique, in the form of both verbal feedback and pop-up notifications on screen. Overall, the whole workout experience felt very organic as I progressed from one exercise to the next. Since the rep counting didn't start until I activated each smart accessory with my thumb, I didn't feel rushed, either.

Source: https://www.tomsguide.com/reviews/tonal, last accessed October 4, 2026.

## WHAT IS FORM FEEDBACK AND HOW DOES IT WORK?

Leveraging multiple sensors and precise cable length data tracked 60 times a second, Form Feedback is Tonal's unique technology that delivers real-time movement guidance on par with the best personal trainers —right in your own home.

Thanks to a database of nearly a billion repetitions and more than 100 million sets, Tonal is able to analyze your movement patterns and identify opportunities to course correct using artificial intelligence fed by expert trainers and coaches. Think: pace, range of motion, positioning, balance, symmetry, smoothness, and more. Form Feedback crunches the numbers on each of those movement characteristics during every rep then delivers immediate, actionable feedback when it detects imperfections. This takes the guesswork out of nailing proper form and helps you avoid form breakdown.

Source: https://tonal.com/blogs/all/introducing-form-feedback, last accessed October 4, 2026.

102. The Accused Products include a database containing routine information representing at least one frame of exercise routine;

## WHAT IS FORM FEEDBACK AND HOW DOES IT WORK?

Leveraging multiple sensors and precise cable length data tracked 60 times a second, Form Feedback is Tonal's unique technology that delivers real-time movement guidance on par with the best personal trainers —right in your own home.

Thanks to a database of nearly a billion repetitions and more than 100 million sets, Tonal is able to analyze your movement patterns and identify opportunities to course correct using artificial intelligence fed by expert trainers and coaches. Think: pace, range of motion, positioning, balance, symmetry, smoothness, and more. Form Feedback crunches the numbers on each of those movement characteristics during every rep then delivers immediate, actionable feedback when it detects imperfections. This takes the guesswork out of nailing proper form and helps you avoid form breakdown.

Source: https://tonal.com/blogs/all/introducing-form-feedback, last accessed October 4, 2026.

103. The Accused Products include a training module configured to: track at least one movement of the user performing the exercise routine on an exercise device.



Source: How Tonal's Form Feedback Helps You Perfect Your Technique, last accessed October 4, 2026.

## WHAT IS FORM FEEDBACK AND HOW DOES IT WORK?

Leveraging multiple sensors and precise cable length data tracked 60 times a second, Form Feedback is Tonal's unique technology that delivers real-time movement guidance on par with the best personal trainers —right in your own home.

Thanks to a database of nearly a billion repetitions and more than 100 million sets, Tonal is able to analyze your movement patterns and identify opportunities to course correct using artificial intelligence fed by expert trainers and coaches. Think: pace, range of motion, positioning, balance, symmetry, smoothness, and more. Form Feedback crunches the numbers on each of those movement characteristics during every rep then delivers immediate, actionable feedback when it detects imperfections. This takes the guesswork out of nailing proper form and helps you avoid form breakdown.

Source: https://tonal.com/blogs/all/introducing-form-feedback, last accessed October 4, 2026.


HOW TONAL TRACKS YOUR FORM
1
Counts your reps
2
Instructs you when you're not in the optimal position
3
Notifies you when your pace is inconsistent, too fast, or too slow
4
Detects when you're not performing to your full range of motion




Source: https://www.tonal.com/blog/introducing-form-feedback/, last accessed October 4, 2026.

104. The Accused Products use at least one of: appearance of the exercise device, appearance of a feature of the exercise device, or a machine representation model of thereof.

> Form Feedback senses the length and position of Tonal's cables to detect the pace, range of motion, positioning, balance, symmetry, and smoothness of your movements to deliver immediate, actionable corrections to your technique.

Source: The Ultimate Guide to Getting Started on Tonal, last accessed October 4, 2026.

## PAIR YOUR SMART ACCESSORIES

The Smart Accessories (rope, bar, and handles) are connected to Tonal by Bluetooth, enabling you to turn the weight on and off with the click of a button. The Smart Accessories also track your movements to provide **Form Feedback**. Our team of professionals often pairs them for you during installation, but it's always good to know **how to do it yourself**.

Source: The Ultimate Guide to Getting Started on Tonal, last accessed October 4, 2026.

**Form Feedback**
During your workout, Tonal analyzes your form and gives you feedback when it detects opportunities for improvement. Examples include helping you maintain consistent range of motion during a bicep curl, keeping the bar level during a bench press, and moving too fast during a deadlift. Tonal provides hundreds of corrections for the moves across our library.

Source: https://knowledge.tonal.com/s/article/Form-Feedback, last accessed October 4, 2026.

Tonal's proprietary sensor technology, on the other hand, combines multiple sources of information about your body and movement. The result? Reliable, personalized, and detailed form feedback that will help keep your technique in check, maximize your gains, and prevent injury.

Here's everything you need to know about Tonal's leading tech—and why it stands above.

## WHAT IS FORM FEEDBACK AND HOW DOES IT WORK?

Leveraging multiple sensors and precise cable length data tracked 60 times a second, Form Feedback is Tonal's unique technology that delivers real-time movement guidance on par with the best personal trainers—right in your own home.

Source: https://tonal.com/blogs/all/introducing-form-feedback, last accessed October 4, 2026.

105. On information and belief, the Accused Products Tonal Smart View functionality also uses at least one of: appearance of the exercise device, appearance of a feature of the said exercise device, or machine representation model of thereof.

106. On information and belief, the Accused Products meet the limitation: for at least one of: separate from the sensory information at least appearance of the exercise device or feature

of it, calibration and/or adjustment of the said generated sensory information, assistance in the generation of machine representation of the user from the sensory information. Upon information and belief, the Accused Products appear to show the machine representation of a user:



Source: https://knowledge.tonal.com/s/article/Tonal-Smart-View , last accessed October 4, 2026; see also https://knowledge.tonal.com/kb/guide/en/coaching-cues-9XTywueFNJ/Steps/3954702,3954710 Coaching Cues | Tonal Support (reflecting same for Tonal 2) , last accessed October 4, 2026..

107. The Accused Products satisfy all claim limitations of one or more claims of the ’035 Patent. Defendant has infringed and continues to directly infringe one or more claims of the ’035 Patent by making, using, selling, and/or offering for sale in the United States and/or importing into the United States the Accused Products. To the extent that any element is not literally present, each such element is present under the doctrine of equivalents because it performs substantially the same function in substantially the same way to achieve substantially the same result, and any differences between the Accused Products and the corresponding claim element are insubstantial.

108. Defendant also knowingly and intentionally induces infringement of at least Claim 1 of the ’035 Patent in violation of 35 U.S.C. § 271(b). Through at least the filing and service of this Complaint, Defendant has had knowledge of the ’035 Patent and the infringing nature of the Accused Products. Despite this knowledge of the ’035 Patent and its infringement, Defendant

continues to actively encourage and instruct its customers and end users (for example, through user manuals and online Q&A, product information and instruction materials on its website and various service and customer support) to use the Accused Products in ways that directly infringe the ’035 Patent. Defendant does so knowing and intending that its customers and end users will commit these infringing acts. Defendant also continues to make, use, offer for sale, sell, and/or import the Accused Products, despite its knowledge of the ’035 Patent, thereby specifically intending for and inducing its customers to infringe the ’035 Patent through the customers’ normal and customary use of the Accused Products.

109. By making, using, offering for sale, selling and/or importing into the United States the Accused Products, Defendant has injured Plaintiff and is liable for infringement of the ’035 Patent pursuant to 35 U.S.C. § 271.

110. As a result of Defendant’s infringement of the ’035 Patent, Plaintiff is entitled to monetary damages in an amount adequate to compensate for Defendant’s infringement, but in no event less than a reasonable royalty for the use made of the invention by Defendant, together with interest and costs as fixed by the Court.

111. Defendant also has knowledge of the ’035 Patent at least due to the filing of this Complaint, and based on that knowledge, Defendant willfully infringes the ’035 Patent.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully requests that this Court enter:

(a) A judgment in favor of Plaintiff that Defendant has infringed the ’520 Patent, the ’055 Patent and the ’035 Patent;

(b) A judgment and order requiring Defendant to pay Plaintiff its damages, costs, expenses, and pre-judgment and post-judgment interest for Defendant's infringement of the '520 Patent, the '055 Patent and the '035 Patent;

(c) A judgment and order finding that this is an exceptional case within the meaning of 35 U.S.C. § 285 and awarding to Plaintiff its reasonable attorneys' fees against Defendant;

(d) An award of enhanced damages to Plaintiff as a result of Defendant's willful infringement;

(e) Any and all other relief as the Court may deem appropriate and just under the circumstances.

**DEMAND FOR JURY TRIAL**

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Flow Motion hereby demands a trial by jury on all issues so triable by right.

Dated: October 5, 2026

Respectfully submitted,

*/s/ Robert M. Harkins w/permission*
*Rudolph Fink IV*

Rudolph Fink IV
State Bar No. 24082997
William E. Davis, III
State Bar No. 24047416
bdavis@davisfirm.com
**THE DAVIS FIRM PC**
213 N. Fredonia Street, Suite 230.
Longview, TX 75601
Telephone: 903-230-9090
rfink@davisfirm.com

Robert M. Harkins
CA Bar No. 179525
**Cherian Harkins Dunham**
555 12th Street, Suite 2140

Oakland, CA 94607
bobh@chdlaw.com
Telephone: (510) 944-0190

Thomas M. Dunham
DC Bar No. 448407
Stephanie R. Wood
TX Bar No. 24057928
J. Michael Woods
DC Bar No. 975433
**Cherian Harkins Dunham**
1901 L St. NW, Suite 700
Washington, DC 20036
tomd@chdlaw.com
stephaniew@chdlaw.com
michaelw@chdlaw.com
Telephone: (202) 838-1560